## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

           v.                 :       **CRIMINAL NO. 16-298**

DANIEL CHRISTENSEN          :

## ORDER

AND NOW, this        day of               , 2017, because of the

death of the defendant, it is hereby ORDERED that the information charging Daniel

Christensen is DISMISSED.

It is further ORDERED that the Clerk shall mark this case CLOSED.

                                 **BY THE COURT:**

                                 _____

                                 **HONORABLE MARK A. KEARNEY**
                                 *Judge, United States District Court*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA         :

      v.                        :        **CRIMINAL NO. 16-298**

DANIEL CHRISTENSEN          :

## MOTION TO DISMISS INFORMATION AND CLOSE CASE

### I.    INTRODUCTION

The United States of America, by its attorneys, Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, and Karen L. Grigsby, Assistant United States Attorney, respectfully requests that this Court dismiss the information and direct the Clerk to mark this case "Closed." In support thereof, the government represents as follows.

### II.    PROCEDURAL HISTORY

On or about July 22, 2016, the United States Attorney charged defendant Daniel Christensen ("Christensen") pursuant to information with one count of wire fraud, in violation of 18 U.S.C. § 1343, arising from his embezzlement from the South Street Headhouse District. On September 7, 2016, Christensen entered a guilty plea pursuant to a written guilty plea agreement. Sentencing was scheduled for January 20, 2017.

In early January 2017, Christensen's counsel advised the government that Christensen had died. On January 17, 2017, Christensen's counsel provided the

government with a pdf image of a death certificate for Christensen, showing that

Christensen died on December 28, 2016.

## III.   CONCLUSION

Accordingly, the government asks that this Court dismiss the information and

direct the Clerk to mark this case Closed.

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney


KAREN L. GRIGSBY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by ECF or electronic mail upon the following:

Irina G. Ehrlich, Esq.
iehrlich@irinaehrlichlaw.com

/s/ *Karen L. Grigsby*
KAREN L. GRIGSBY
Assistant United States Attorney

Dated: January 19, 2017